# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DANIEL A. CEDERHOLM, SR. & BARBARA A. CEDERHOLM    Case Number: 05-76404
P.O. BOX 431    SSN-xxx-xx-6328 & xxx-xx-1348
FORRESTON, IL  61030

Case filed on: 10/13/2005
Plan Confirmed on: 5/15/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,375.34    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 009 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLATT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CORPORATE RECEIVABLES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | TRI STATE ADJUSTMENTS FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 218 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL A. CEDERHOLM, SR. | 0.00 | 0.00 | 404.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 404.57 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 2,440.83 | 1,980.82 | 1,980.82 | 95.75 |
| 004 | CHASE AUTO FINANCE | 12,958.87 | 11,025.00 | 11,025.00 | 446.70 |
| 005 | FORRESTON STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FORRESTON STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FORRESTON STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,399.70 | 13,005.82 | 13,005.82 | 542.45 |
| 003 | BK PONTIAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CONSECOFIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 2,794.70 | 2,794.70 | 2,794.70 | 0.00 |
| 015 | ELAN FINANCIAL SERVICES | 1,973.02 | 1,973.02 | 1,973.02 | 0.00 |
| 016 | FREEPORT HEALTH NETWORK | 611.36 | 611.36 | 611.36 | 0.00 |
| 017 | FHN MEMORIAL HOSPITAL | 1,211.61 | 1,211.61 | 1,211.61 | 0.00 |
| 018 | FORD MOTOR CREDIT CORP | 9,183.86 | 0.00 | 0.00 | 0.00 |
| 019 | GEMB/AMER TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HSBC/MNRDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 207.84 | 207.84 | 207.84 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 1,392.53 | 1,392.53 | 1,392.53 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,673.55 | 1,673.55 | 1,673.55 | 0.00 |
| 024 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 171.83 | 171.83 | 171.83 | 0.00 |
| 028 | RADIO SHACK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WELLS FARGO FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WF FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WELLS FARGO FINANCIAL | 297.77 | 285.62 | 285.62 | 0.00 |
| 034 | WELLS FARGO FINANCIAL | 4,526.45 | 4,526.45 | 4,526.45 | 0.00 |
| 035 | WFNNB/AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | TRI STATE ADJUSTMENTS FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TRI STATE ADJUSTMENTS FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TRI STATE ADJUSTMENTS FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ALLIED BUSINESS ACCOUNTS INC | 81.17 | 81.17 | 81.17 | 0.00 |
| 041 | PORTFOLIO RECOVERY ASSOCIATES | 254.81 | 254.81 | 254.81 | 0.00 |
| 042 | ARROW FINANCIAL | 1,050.67 | 1,050.67 | 1,050.67 | 0.00 |
| 043 | CHRISTOPHER CEDERHOLM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,431.17 | 16,235.16 | 16,235.16 | 0.00 |
|  | Grand Total: | 42,830.87 | 31,240.98 | 31,645.55 | 542.45 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $32,188.00 |
| Trustee Allowance: | $2,187.34 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008　　　　　　　By  /s/Heather M. Fagan